```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00079-JAM |
|        Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
|   v. ) | |
| JOSEPH MICHAEL CADOTTE, ) | |
|        Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Joseph Michael Cadotte it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), defendant Joseph Michael Cadotte's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    (a) A "Stevens" Model 820B 12-guage shotgun, sawed-off.

2. The above-listed property constitutes a firearm involved in the commission of a violation of 26 U.S.C. § 5861(f).

///

1       3.    Pursuant to Rule 32.2(b), the Attorney General (or a
2  designee) shall be authorized to seize the above-listed property.
3  The aforementioned property shall be seized and held by the
4  Bureau of Alcohol, Tobacco, Firearms and Explosives, in its
5  secure custody and control.
6       4.    a.    Pursuant to 28 U.S.C. § 2461(c), incorporating 21
7  U.S.C. § 853(n), and Local Rule 171, the United States shall
8  publish notice of the order of forfeiture.  Notice of this Order
9  and notice of the Attorney General's (or a designee's) intent to
10 dispose of the property in such manner as the Attorney General
11 may direct shall be posted for at least 30 consecutive days on
12 the official internet government forfeiture site
13 www.forfeiture.gov.  The United States may also, to the extent
14 practicable, provide direct written notice to any person known to
15 have alleged an interest in the property that is the subject of
16 the order of forfeiture as a substitute for published notice as
17 to those persons so notified.
18            b.    This notice shall state that any person, other than
19 the defendant, asserting a legal interest in the above-listed
20 property, must file a petition with the Court within sixty (60)
21 days from the first day of publication of the Notice of
22 Forfeiture posted on the official government forfeiture site, or
23 within thirty (30) days from receipt of direct written notice,
24 whichever is earlier.
25      5.    If a petition is timely filed, upon adjudication of all
26 third-party interests, if any, this Court will enter a Final
27 ///
28 ///

1 Order of Forfeiture pursuant to 26 U.S.C. § 5872 and 28 U.S.C. §
2 2461(c), in which all interests will be addressed.
3     SO ORDERED this 27th day of May, 2011.
4
5                             /s/ John A. Mendez
                              JOHN A. MENDEZ
6                             United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28