```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  2:11-CR-00079-JAM
                                 )
12           Plaintiff,          )
                                 )  FINAL ORDER OF FORFEITURE
13      v.                       )
                                 )
14  JOSEPH MICHAEL CADOTTE,      )
                                 )
15           Defendant.          )
                                 )
16
17       WHEREAS, on or about May 31, 2011, this Court entered a
18  Preliminary Order of Forfeiture pursuant to the provisions of 26
19  U.S.C. § 5872 and 28 U.S.C. § 2461(c) based upon the plea
20  agreement entered into between plaintiff and defendant Joseph
21  Michael Cadotte forfeiting to the United States the following
22  property:
23           (a)  A "Stevens" Model 820B 12-guage shotgun,
                  sawed-off.
24
25       AND WHEREAS, beginning on June 5, 2011, for at least 30
26  consecutive days, the United States published notice of the
27  Court's Order of Forfeiture on the official internet government
28  forfeiture site www.forfeiture.gov.  Said published notice
```

advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Joseph Michael Cadotte.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 3rd day of November, 2011.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge